# EXHIBIT A

# EXHIBIT A

## CURRICULUM VITAE FOR JOHN F. MCCARTHY, SC.D., C.I.H.

# JOHN F. MCCARTHY, SC.D., C.I.H.
PRESIDENT

### BACKGROUND SUMMARY

| | |
|---|---|
| 1988 – | President, Environmental Health & Engineering, Inc. |
| 1992 – | Lecturer, Dept. of Environmental Health, Harvard School of Public Health |
| 1980 – 1987 | Research Scientist/Director, Aerosol Characterization Laboratory, Massachusetts Institute of Technology |
| 1978 – 1980 | Research Scientist, Massachusetts Institute of Technology |

### EDUCATION

Sc.D.   Environmental Science and Physiology, Harvard University, 1987
M.S.    Environmental Health Sciences, Harvard University, 1978
B.S.    Biology, Boston College, 1973

### EXPERIENCE

As President of Environmental Health & Engineering, Inc. (EH&E), Dr. McCarthy has led investigations for a wide variety of exposures to toxic pollutants and infectious agents and their associated health effects. His work has focused on the analysis of pollutants originating from both outdoor and indoor sources, as well as pollutant transport through various media. He specializes in problem identification and assembly and management of interdisciplinary teams to address the various areas of concern that arise with different clients. Dr. McCarthy provides technical and administrative design direction to the study team, including the development and application of novel analysis techniques and the implementation of field monitoring studies. Relevant air quality experience includes the following:

*Product Evaluation*

Served as Principal Investigator of a two-year, multi-phased investigation of "Chinese Drywall" conducted on behalf of the U.S. Consumer Product Safety Commission.  The investigation included: identification of markers of problem drywall, in-home evaluations of environmental quality and corrosion, health impact analyses, chamber-testing of drywall samples to identify emissions and corrosion rates, evaluations of drywall from domestic (U.S.) suppliers, and an assessment of temporal variability of conditions in homes.

Directed a major product evaluation for a national retailer, manufacturer and importer of clothing to determine formaldehyde emission rates from various clothing materials. The assignment involved determining emissions utilizing controlled environmental chambers under both static and dynamic



conditions, performing a sensitivity analysis over a wide range of temperatures and humidities, and recommending limits of acceptability for materials.

For the Commonwealth of Massachusetts, performed a detailed analysis on a number of waterproofing products that had been used in a major state facility that were not performing properly. Through comparison with ambient samples and headspace analysis of various products to identify specific chemical agents, the problem material was isolated and identified. Additional dynamic analyses of building system mockups in environmental chambers permitted precise determination of product cure time to be made.

Developed a quantitative, controlled simulation system to evaluate the potential release of asbestos fibers from a respirator filter. This included evaluating potential release for inhalation volumes associated with various external work levels, respiratory frequency, and "stress" on respirator components.

Principal-in-charge of a study to evaluate the potential release of airborne fibers during maintenance activities of a variety of household appliances. This work involved collecting source, personal and area samples during well-characterized maintenance activities in a large exposure chamber under a range of ventilation conditions. The samples were analyzed using various analytical techniques to permit direct comparison with other historical studies. Project included developing time-activity exposure pattern profiles for maintenance workers.

For a major equipment manufacturer, performed a detailed evaluation of removal of various air pollutants by a new, innovative pollutant removal technology. This involved development of a fully instrumented, 1700 square foot test house/chamber in which several pollutants, including gases, particles, and biological agents, could be precisely released over time and their removal rate accurately monitored. In this multi-phase interventional study a program was designed to determine system efficacy and a corresponding performance model was developed.

For a large urban teaching hospital, developed an evidence based design guide for new orthopedic operating rooms based on control of airborne infectious agents. This involved evaluating the international scientific literature regarding infections from airborne particles, critically reviewing current design guides and their underlying rationale, developing a reproducible test procedure that can be used to characterize the control of potentially infectious particles, and using the testing protocol to compare the effectiveness of the various designs located at multiple institutions.

Developed a controlled chamber test to determine the emission rate of silica and respirable dust from various concrete cutting tools under varying environmental conditions. This test also provided information on particle size distributions associated with various operations.

For a major university, led a multidisciplinary team in developing a detailed characterization study regarding potential exposure to polychlorinated biphenyls (PCBs) used in building materials. This involved a review of plans, specifications and architectural drawings to identify likely areas of use, developing a comprehensive sampling program to verify emission rates and incorporating this into an exposure model that included various building dynamics parameters such as solar loading, seasonal effects, ventilation patterns, and building pressurization.

Managed a comprehensive testing and analysis program designed to evaluate emissions of radiation from various building materials, including granite and marble for a large national distributor. The work involved developing testing protocols, measuring alpha and gamma emissions from the products under both controlled and real world conditions, and developing exposure estimates for various usage scenarios.

Developed a series of validation tests for fume hood orientations for a large medical research facility. This work involved building a mock-up of the research pod in a controlled test chamber and measuring emissions of a variety of possible contaminants from various operations and procedures that were performed in the containment. These systems were evaluated for various configurations, air exchange rates, and diffuser velocities.

Managed the assessment of emissions of sucrose residue from building materials in an historic structure that was being rehabilitated to a biotechnology research center. This work involved establishing test protocols to evaluate impact environmental conditions such as heat, pH, and moisture. Independent test cells were established at the facility and tests performed in situ.

Managed a program to determine the source of significant noxious odors in a twenty-eight story office tower. By establishing a series of isolated test cells within the building, the odor was isolated to butyric acid residue found in acoustical ceiling tiles located in various areas throughout the building. Additional chamber testing determined the environmental conditions under which butyric acid residue would be released. This data was then used to set allowable limits for acceptable performance during the manufacturing process.

Directed a study for a major hotel chain to evaluate emission of various organic compounds from water that was being processed through a new filtration/aeration system. This work involved developing and implementing a multifactorial study design to evaluate potential emissions that could be released under various operating conditions and different chemical composition of the source water.

*Ambient Environments*

Directed air quality impact assessment of Central Artery Vent Building No. 3 on surrounding community. Performed air quality studies including risk assessment for dispersion modeling of $NO_2$,

CO, and $PM_{10}$ impacts. The work supported an air rights development of property owners and required close interaction with CA/T and Massachusetts Department of Environmental Protection (MADEP).

Provided air quality modeling, risk assessment and atmospheric monitoring of CO, $NO_2$ and $PM_{10}$ for an apartment/hotel complex to assess potential impact of relocating an access ramp and rerouting vehicular traffic due to CA/T construction.

Provided risk assessment and environmental impact analysis of proposed roadway construction around the Massachusetts General Hospital and Spaulding Rehabilitation Hospital. The work involved negotiating appropriate air quality action levels with MADEP and development of mitigation strategies. As a follow-on project to this, Dr. McCarthy developed and implemented an atmospheric sampling program to verify compliance of the construction program with control measures.

On behalf of the CA/T, principal-in-charge of an air quality impact assessment for the City of Boston's East Boston community during construction of the Third Harbor Tunnel and proposed construction of a hazardous waste incinerator. This involved dispersion modeling and analysis, risk assessment and risk communication.

Principal-in-charge of development of a comprehensive air monitoring program and community impact evaluation for development of a 78-acre contaminated property. In addition to developing a complex monitoring network, this work involved developing appropriate air quality action levels and mitigation measures for permit hearings. This has also involved community liaison and negotiations with state and local authorities.

Directed detailed analysis of the University of Vermont's medical incinerator for an air permit. This work involved assessing possible emissions, providing dispersion analysis, and risk characterization.

For the City of Boston, performed a detailed line source analysis of rerouting traffic due to CA/T activities.

For the City of Cambridge, performed a detailed analysis including atmospheric dispersion analysis and risk assessment for bridge construction and resultant traffic for Charles River span (Scheme Z).

Conducted a detailed analysis of impact of exhaust stack emissions for the University of Cincinnati. This work involved developing a near-field dispersion model, site monitoring to validate performance and making mitigation recommendations.

Principal-in-charge of a detailed analysis and monitoring study (CO, $NO_2$, $PM_{2.5}$, elemental carbon, speciated VOCs) to characterize exposure of toll collectors to vehicular traffic.

Led a detailed reconstruction of exposure to combustion byproducts of a potentially impacted population using atmospheric modeling after a truck fire which involved hazardous materials. This involved profiling truck contents, estimating emissions rate and dispersion of combustion byproducts and determining estimates of exposure at the receptor locations.

Led the analysis of the environmental impacts from roadway emissions during a major five highway study in Las Vegas, Nevada. This work involved detailed characterization of air toxics, air quality modeling, and identification of highest impact areas. Continuing work involved development and implementation of remedial measures as part of a settlement program.

*Indoor Environments*

Led the expert team supporting the U.S. Army Criminal Investigation Division's investigation of potential environmental and building factors associated with 11 reported infant deaths in Army housing at Fort Bragg. A primary objective of the investigation was to evaluate the claim that the infant deaths were related to "Chinese Drywall" in the housing units. In addition, the investigation involved a multi-pathway assessment of potential indoor environmental contaminants including: VOCs, aldehydes, fungi, pesticides, allergens, metals and water quality. Building factors evaluated included: mechanical systems, ventilation and building envelope performance.

Principal-in-charge of more than 2,500 indoor environmental quality assessments in large office buildings, industrial facilities, schools, hospitals, residences, and other locations.

Principal-in-charge for design and implementation of specialized IAQ and IEQ monitoring programs.

Community and building occupant/employee liaison in IEQ investigations, providing risk characterization and risk communication services.

Principal-in-charge of EH&E's study team for U.S. Environmental Protection Agency's (EPA) *Building Assessment Survey and Evaluation (BASE) Study.* Dr. McCarthy assisted EPA in developing the study design and protocols, and directed EH&E's study team in the investigation of 100 buildings over a five-year period.

Principal-in-charge of the EPA contract "Technical Support for Indoor Air Issues."

Principal-in-charge of the Centers for Disease Control and Prevention, National Institute of Occupational Safety and Health contract "Building Related Asthma in Office Buildings and Schools".

Liaison with and consultant to various local, state, and federal agencies.

Development and implementation of health and safety programs in hazardous industrial settings.

Assembly and management of rapid response teams charged with the assessment of potentially toxic conditions on a variety of sites ranging from transformer fires to areas contaminated with polynuclear aromatic hydrocarbons (PAHs), volatile organic compounds (VOCs), and heavy metals, including the mapping of areas of contamination onsite and development of site monitoring programs for the remediation phase and perimeter monitoring programs at hazardous waste sites.

Development of protocols for air, soil, and surface sampling for toxic compounds.

Developed and taught IAQ professional development training programs for building owners, managers, industrial hygienists, and engineers. This work has included a training program for NASA, several *Fortune 500* companies, and a complete revision of EPA's "Orientation to Indoor Air Quality," which is presented nationwide.

Led the hazard characterization and remediation program for the disaster recovery of a major laboratory/vivarium complex that had experienced a fire. This involved detailed contamination mapping of soot and metals throughout the 400,000 square feet impacted by the fire. This data was then used to characterize risk and develop cleanup criteria.

*Infectious Agents*

For a major teaching hospital, led the analysis of infectious risk potential for the first OR in the U.S. to provide interventional radiologists and surgeons with immediate access to a full array of advanced imaging modalities for use during multiple procedures. The traditional placement of supply air diffusers was not feasible due to the design of the clinical equipment being installed. By using advanced computational fluid dynamic (CFD) modeling, Dr. McCarthy evaluated multiple HVAC configurations and airflow patterns for critical infection control and optimal thermal comfort. The results identified a diffuser array in a non-traditional configuration would be equally effective in preventing particles (skin cells) from impacting the surgical site when compared to conventional systems. This approach not only was subject to peer review by surgical and mechanical design teams, it also had to pass regulatory approval from the Department of Public Health, which it did successfully, before licensing.

For a large urban teaching hospital, developed an evidence based design guide for new orthopedic operating rooms based on control of airborne infectious agents. This involved evaluating the international scientific literature regarding infections from airborne particles, critically reviewing current design guides and their underlying rationale, developing a reproducible test procedure that can be used to characterize the control of potentially infectious particles, and using the testing protocol to compare the effectiveness of the various designs located at multiple institutions.

Established and led an interdisciplinary team for a major teaching hospital that was charged with reducing inadvertent exposure to environmental opportunistic pathogens (e.g., *Aspergillus, sp.* and

*Legionella, sp.)* and airborne pathogens (e.g., mycobacterium tuberculosis and varicella-zoster virus). This team identified surveillance techniques, response actions, design for physical isolation of infectious individuals and developed a policy that has been successfully implemented in this 1200 bed facility.

For a major cancer treatment center, developed a method of commissioning and verifying performance of building systems and isolation facilities for state of the art bone marrow transplant facility utilizing evidence-based design and implementation of comprehensive testing procedures. After performing a design review, comprehensive testing of sub-components such as HEPA filters, evaluation of means to optimize airflow within the suites, and ensuring appropriate pressure relationships within various areas of the facility was competed and documented.

Dr. McCarthy has been the Principal in Charge of more than twenty environmental investigations regarding assessment of infections related to *Legionella* bacteria. This work has involved reviewing epidemiological data, investigating and sampling potential sources, and overseeing implementation of corrective activities. This has taken place in environments as diverse as hospitals and hotels to retail establishments.

## PROFESSIONAL REGISTRATION

American Board of Industrial Hygiene Certified: Comprehensive Practice

## PROFESSIONAL AFFILIATIONS

American Industrial Hygiene Association
International Society of Indoor Air Quality and Climate
American Society for Testing and Materials
American Conference of Governmental Industrial Hygienists
American Society of Healthcare Engineers

## COMMITTEE MEMBERSHIP

American Society of Heating, Refrigeration, and Air-Conditioning Engineers, Inc.
    *IAQ 2004 Conference Chairman*
American Society of Heating, Refrigeration, and Air-Conditioning Engineers, Inc.
    *Guideline Project Committee 10 P, Criteria for Achieving Acceptable Indoor Environments*

SELECTED PUBLICATIONS

Allen JG, Zwack LM, MacIntosh DL, Minegishi T, Stewart JH and **McCarthy JF**. 2012. Predicted indoor radon concentrations from a Monte Carlo simulation of 1,000,000 granite countertop purchases. *Journal of Radiological Protection*, 33:151-162.

Allen JG, Myatt TA, MacIntosh DL, Ludwig JF, Minegishi T, Stewart JH, Connors BF, Grant M, **McCarthy JF.** 2012. Assessing Risk of Nosocomial Legionnaires' Disease from Environmental Sampling: The Limits of Using a Strict Percent Positivity Approach. *American Journal of Infection Control*, 40(10):917-921.

Allen JG, MacIntosh DL, Saltzman LE, Baker BJ, Matheson JM, Recht JR, Minegishi T, Fragala MA, Myatt TA, Spengler JD, Stewart JH, **McCarthy JF**. 2012. Elevated corrosion rates and hydrogen sulfide in homes with 'Chinese Drywall'. *Science of the Total Environment*, 426:113-119.

MacIntosh DL, Minegishi T, Fragala MA, Allen JG, Coghlan KM, Stewart JH, **McCarthy JF**. 2012. Mitigation of Building-Related Polychlorinated Biphenyls in Indoor Air of a School. *Environmental Health*, 11:24.

Stewart JH, MacIntosh DL, Allen JG, **McCarthy JF.** 2012. Germanium, Tin and Copper. In *Patty's Toxicology, Sixth Edition*. Bingham E and Cohrssen B, eds. New York, NY: John Wiley and Sons, Inc.

MacIntosh DL, Allen JG, Saltzman LE, Matheson JM, Baker BJ, Recht JR, Minegishi T, Kaufman MH, Myatt TA, Stewart JH, **McCarthy JF**. 2011. Identification of Problem Drywall: Source Markers and Detection Methods at *Advancing Exposure Science for Environmental Health: 21st Annual Meeting of the International Society of Exposure Science*. Baltimore, MD, USA. October 23-27, 2011.

Allen JG, MacIntosh DL, Saltzman LE, Matheson JM, Baker BJ, Recht JR, Minegishi T, Fragala MA, Myatt TA, Stewart JH, **McCarthy JF**. 2011. Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall at *Advancing Exposure Science for Environmental Health: 21st Annual Meeting of the International Society of Exposure Science*. Baltimore, MD, USA. October 23-27, 2011.

Allen JG, Minegishi T, **McCarthy JF**, Fragala MA, Coghlan KM, Stewart JH, MacIntosh DL. 2011. Performance Evaluation of Mitigation Methods for PCBs in Construction Materials. In: *Proceedings of Indoor Air 2011: The 12th International Conference on Indoor Air Quality and Climate*. Austin, TX, USA. June 5-10, 2011.

MacIntosh DL, Minegishi T, Allen JG, Levin-Schwartz Y, **McCarthy JF**, Stewart JH, Coghlan KM. 2011. Risk Assessment for PCBs in Indoor Air of Schools. In: *Proceedings of Indoor Air 2011: The 12th International Conference on Indoor Air Quality and Climate*. Austin, TX, USA. June 5-10, 2011.

Allen JG, Minegishi T, Myatt TA, **McCarthy JF,** MacIntosh DL. 2010. Assessing exposure to granite countertops – Part 2: Radon. *Journal of Exposure Science and Environmental Epidemiology,* 20(3):263-272.

Myatt TA, Allen JG, Minegishi T, McCarthy WB, MacIntosh DL, **McCarthy JF**. 2010. Assessing exposure to granite countertops – Part 1: Radiation. *Journal of Exposure Science and Environmental Epidemiology*, 20(3):273-280.

Allen J, Myatt T, Jessup D, Ludwig J, **McCarthy JF**, MacIntosh D. 2009. Assessing Risk of Nosocomial Legionnaires Disease from Environmental Sampling – The Limits of Using a Strict Percent Positivity Approach at *Society of Risk Analysis 2009 Annual Meeting*. Baltimore, MD, USA. December 6-9, 2009.

Allen J, Minegishi T, Myatt T, **McCarthy JF**, MacIntosh D. 2009. Assessing Exposure to Radon and Radiation from Granite Countertops at *X2009: Sixth International Conference on Innovations in Exposure Assessment*. Boston, MA, USA. August 17-20, 2009.

MacIntosh DL, **McCarthy JF**, Ludwig JF, Naeher LP, Suh HH, Spengler JD. Reductions in Aerosol Exposure Afforded by Indoor Air Cleaning Systems at the *International Society for Exposure Science Annual Meeting*. Paris, France. September 2-6, 2006.

MacIntosh DL, **McCarthy JF**, Ludwig JF, Naeher LP, Suh HH, Spengler JD. Whole House Air Cleaning by In-Duct and Portable Cleaners at *Healthy Buildings 2006*. Lisbon, Portugal. June 4-8, 2006.

**McCarthy JF**. 2006. Contributing author, U.S. Department of Health and Human Services. *The Health Consequences of Involuntary Exposure to Tobacco Smoke: a Report of the Surgeon General.* Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, Coordinating Center for Health Promotion, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health.

MacIntosh DL, Brightman HS, Baker BJ, Myatt TA, Stewart JH, **McCarthy JF**. 2006. Airborne fungal spores in a cross-sectional study of office buildings. *Journal of Occupational and Environmental Hygiene*. 3:379-389.

Myatt TA, **McCarthy JF**, Moss NE, Somers JL. 2004. *Aspergillus Surveillance in a Pediatric Oncology Unit during a Hospital Renovation.* In: Proceedings of IAQ 2004. Tampa, FL: American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE) Conference IAQ 2004 Critical Operations: Supporting the Healing Environment Through IAQ Performance Standards.

**McCarthy JF**. 2004. *Defining the Healing Environment: Risk, Reward, Reality.* In: Proceedings of IAQ 2004. Tampa, FL: American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE) Conference IAQ 2004 Critical Operations: Supporting the Healing Environment Through IAQ Performance Standards.

Dilwali KM, **McCarthy JF**, and Foster R. 2002. Critical review of an AI-based screening tool to evaluate IAQ. In: *Indoor Air 2002: Proceedings of the 9th International Conference on Indoor Air Quality and Climate* Vol. 3. Levin H, ed. Santa Cruz, CA: Indoor Air 2002, pp.150-155.

Ludwig JF, Baker BJ, and **McCarthy JF**. 2002. Analysis of ventilation rates for the BASE Study: assessment of measurement uncertainty and comparison with ASHRAE 62-1999. In: *Indoor Air 2002: Proceedings of the 9th International Conference on Indoor Air Quality and Climate* Vol. 3. Levin H, ed. Santa Cruz, CA: Indoor Air 2002, pp.388-393.

Chang MP, Coghlan KM, and **McCarthy JF**. 2002. Remediating PCB-containing building products; strategies and regulatory considerations. In: *Indoor Air 2002: Proceedings of the 9th International Conference on Indoor Air Quality and Climate* Vol. 4. Levin H, ed. Santa Cruz, CA: Indoor Air 2002, pp.171-176.

Johnston PK, Hadwen GE, **McCarthy JF**, and Girman JR. 2002. A screening-level ranking of toxic chemicals at levels typically found in indoor air. In: *Indoor Air 2002: Proceedings of the 9th International Conference on Indoor Air Quality and Climate* Vol. 4. Levin H, ed. Santa Cruz, CA: Indoor Air 2002, pp.930-935.

Tremblay DL and **McCarthy JF**. 2002. Sprinkler Safety. *American School & University* July 2002:42-44.

Bean CA and **McCarthy JF**. 2001. Commissioning smoke control systems. *Engineered Systems* 18(11):44-48.

**McCarthy JF**. 2001. Moisture issues are no match for commissioning. *Engineered Systems* 18(9):56-60.

**McCarthy JF** and Ludwig JF. 2000. Head in the clouds? *Today's Facility Manager* October 2000:73-76.

**McCarthy JF**. 2000. Energy Efficiency + IAQ = Healthy, Productive, Environments. *EnvironDesign® Journal* Spring 2000.

Spengler JD, Samet JM, and **McCarthy JF**, eds. 2000. *Indoor Air Quality Handbook*. New York, NY: McGraw-Hill, Inc.

Spengler JD, Samet JM, and **McCarthy JF**. 2000. Introduction to the IAQ handbook. In: *Indoor Air Quality Handbook*. Spengler JD, Samet JM, McCarthy JF, eds. New York, NY: McGraw-Hill, Inc.

**McCarthy JF** and Dykens MJ. 2000. Building commissioning for mechanical systems. In: *Indoor Air Quality Handbook.* Spengler JD, Samet JM, McCarthy JF, eds. New York, NY: McGraw-Hill, Inc.

**McCarthy JF** and Spengler JD. 2000. Indoor environmental quality in hospitals. In: *Indoor Air Quality Handbook*. Spengler JD, Samet JM, McCarthy JF, eds. New York, NY: McGraw-Hill, Inc.

**McCarthy JF**. 2000. Energy Efficiency and Indoor Air Quality. In: *Facilities Engineering and Management Handbook: An Integrated Approach.* Smith P, Rush R, Wessel R, Seth A, and Stymiest D, eds. New York, McGraw-Hill.

**McCarthy JF** and Dykens M. 2000. Commissioning programs for heating, ventilation, and air-conditioning systems. In: *Facilities Engineering and Management Handbook: An Integrated Approach.* Smith P, Rush R, Wessel R, Seth A, and Stymiest D, eds. New York, McGraw-Hill.

**McCarthy JF** and Moss NE. 2000. Environmental health and safety management program for healthcare facilities. In: *Facilities Engineering and Management Handbook: An Integrated Approach.* Smith P, Rush R, Wessel R, Seth A, and Stymiest D, eds. New York, McGraw-Hill.

**McCarthy JF**. 2000 Spring. Energy Efficiency + IAQ = Healthy, Productive Environments. *EnvironDesign Journal* [Supplement to *Interiors & Sources* magazine]. p 34-36.

Barry BE, Ludwig JF, and **McCarthy JF**. 1999. A model for assessing health risks associated with exposures to *Legionella* bacteria. In: *Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control.* Johanning E, ed. Albany, NY: Eastern New York Occupational and Environmental Health Center.

**McCarthy JF**. 1999. Indoor air quality policy in the United States. In: *Strategic Approaches to Indoor Air Policy-Making.* WHO European Centre for Environment and Health, Bilthoven. Copenhagen: World Health Organization.

Brightman HS, Wallace LA, Sieber WK, **McCarthy JF**, and Spengler JD. Comparing Symptoms in United States Office Buildings. In: *Indoor Air 99. Proceedings of the 8th International Conference on Indoor Air Quality and Climate.* 1:847-852.

Womble SE, Burton L, Kolb L, Girman JR, Hadwen G, Carpenter M, and **McCarthy JF**. Prevalence and concentrations of culturable airborne fungal spores in 86 office buildings from the Building Assessment Survey and Evaluation study. In: *Indoor Air 99. Proceedings of the 8th International Conference on Indoor Air Quality and Climate.* 1:261-266.

Girman JR, Hadwen G, Burton L, Womble S, and **McCarthy JF**. Individual volatile organic compound prevalence and concentrations in 56 buildings of the Building Assessment Survey and Evaluation (BASE) Study. In: *Indoor Air 99. Proceedings of the 8th International Conference on Indoor Air Quality and Climate.* 2:460-465.

**McCarthy JF** and Walls RM. 1997. Latex allergy and the environment (letter). *Acad Emerg Med.* 4(9):931-2.

**McCarthy JF**. 1997. Risk Factors for Occupational Exposures in Healthcare Professionals. In: Hanson W, ed. *A Guide to Managing Indoor Air Quality in Health Care Organizations.* Oakbrook Terrace, IL: Joint Commission on Accreditation of Healthcare Organizations.

Spengler JD and **McCarthy JF**. 1996. Indoor air quality in hospitals: not just another building. In: Maroni M, ed. *Ventilation and indoor air quality in hospitals*. Boston: Kluwer Academic.

Womble SE, Girman JR, Ronca EL, Axelrad R, Brightman HS, and **McCarthy JF**. 1995. *Developing baseline information on buildings and indoor air quality (BASE '94): Part I - study design, building selection, and building description.* Washington, DC: Environmental Protection Agency.

Burge H, Wade D, and **McCarthy J**. 1995. *Assessing fungal levels in a large building.* Abstract for PanAmerican AeroBiology Association Symposium, Tulsa, OK.

Hedge A, Mitchell GE, **McCarthy JF**, and Ludwig JF. The effects on breathing-zone filtration on perceived indoor air quality and sick building syndrome. *In: Proceedings of The American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. Conference, Building Design, Technology, and Occupant Well-being in Temperate Climates; 1993 Feb 17-19; Brussels, Belgium.* p 145-150.

**McCarthy JF**, Ludwig JF, and Bolsaitis P. 1993. An evaluation of the influence of breathing-zone air distribution systems on indoor air quality. In: *Indoor Air '93. Proceedings of the 6th International Conference on Indoor Air Quality and Climate; 1993 Jul 4-8; Helsinki, Finland.* Vol 5, Ventilation, p 489-494.

Ludwig JF, Bolsaitis P, and **McCarthy JF**. 1993. Assessment of hood stack re-entrainment as determined by real-time tracer gas measurements. In: *Indoor Air '93. Proceedings of the 6th International Conference on Indoor Air Quality and Climate*; *1993 Jul 4-8; Helsinki, Finland.* Vol 5, Ventilation, p 175-180.

Bolsaitis P, Ludwig JF, and **McCarthy JF**. 1993. A scoping report on air duct cleaning and related issues. In: *Indoor Air '93. Proceedings of the 6th International Conference on Indoor Air Quality and Climate; 1993 Jul 4-8; Helsinki, Finland.* Vol 6, Thermal Environment, Building Technology, Cleaning, p 333-338.

Hedge A, Mitchell G, **McCarthy JF**, and Ludwig J. 1993. Effects of furniture-integrated breathing-zone filtration system on indoor air quality, sick building syndrome, productivity, and absenteeism.

In: *Indoor Air '93. Proceedings of the 6th International Conference on Indoor Air Quality and Climate; 1993 Jul 4-8; Helsinki, Finland.* Vol 5, Ventilation, p 333-338.

Ludwig JF, **McCarthy JF**, and Bolsaitis P. 1992. Evaluation of the influence of breathing zone air distribution systems on indoor air quality. Presented at the National Coalition on Indoor Air Quality, First Annual IAQ Conference, Tampa FL.

**McCarthy JF**, Bearg DW, and Spengler JD. 1991. Assessment of indoor air quality. In: Samet JM and Spengler JD, eds. *Indoor air pollution—A health perspective*. Baltimore, MD: Johns Hopkins University Press. p 82-108.

Hedge A, **McCarthy JF**, et al. 1991. Breathing-zone filtration effects on indoor air quality and sick building syndrome complaints. In: *Healthy-Buildings. IAQ '91; 1991 Sept 4-9; Washington, DC*. Atlanta, GA: American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. 1991. p 351-357.

Caka FM, Eatough DJ, Lewis EA, Tang H, Hammond SK, Leaderer BP, Koutrakis P, Spengler JD, Fasano A, **McCarthy JF**, Ogden MW, Lewtas J. 1990. An intercomparison of sampling techniques for nicotine in indoor environments. *Environmental Science & Technology*. 24(8):1196-1203.

Coultas DB, Samet JM, **McCarthy JF**, and Spengler, JD. 1990. A personal monitoring study to assess workplace exposure to environmental tobacco smoke. *American Journal of Public Health*. 80(8):988-990.

Coultas DB, Samet JM, **McCarthy JF**, and Spengler JD. 1989. Variability of measures of exposure to environmental tobacco smoke in the home. *American Review of Respiratory Disease*. 142(3):602-6.

Chen LC, Peoples SM, **McCarthy JF**, and Amdur MO. 1989. Copper oxides aerosols: Reaction with $SO_2$. *Atmospheric Environment*. 23(1):149-154.

Koutrakis P, Fasano AM, Slater JL, Spengler JD, **McCarthy JF**, and Leaderer BP. 1989. Design of a personal annular denuder sampler to measure atmospheric aerosols and gases. *Atmospheric Environment*. 23(12):2767-2773.

Peoples SM, **McCarthy JF**, Chen LC, Eppelsheimer D, and Amdur MO. 1988. Copper oxide aerosol: Generation and characterization. *American Industrial Hygiene Association Journal*. 49(6):271-276.

Bolsaitis PP, **McCarthy JF**, Mohiuddin G, and Elliott JF. 1987. Formation of metal oxide aerosols for conditions of high supersaturation: Model of chemical nucleation and particle growth. *Aerosol Science and Technology.* 6(3):245-262.

Lebret E, **McCarthy JF,** and Spengler JD. 1986. Exposure assessment in air pollution epidemiology. In: *Proceedings of the Air Pollution Control Association Specialty Conference on Environmental Risk Management*, Chicago, IL.

Amdur MO, Sarofim AF, Neville M, Quann R, **McCarthy JF**, Elliott JF, Lam HF, Rogers AE, and Connor MW. 1986. Coal combustion aerosols and $SO_2$: An interdisciplinary analysis. *Environmental Science & Technology.* 20(2):138-145.

Neville M, **McCarthy JF**, and Sarofim AF. 1984. Processing of submicron coal combustion aerosols for chemical analysis. *Atmospheric Environment.* 17:2599-2604.

Amdur MO, **McCarthy JF**, and Gill MW. 1983. Effect of mixing conditions on irritant potency of zinc oxide and sulfur dioxide. *American Industrial Hygiene Association Journal.* 44(1):7-13.

Amdur MO, **McCarthy JF**, and Gill MW. 1982. Respiratory response of guinea pigs to zinc oxide fumes. *American Industrial Hygiene Association Journal.* 43(12):887-889.

**McCarthy JF**, Yurek GJ, Elliott JF, and Amdur MO. 1982. Generation and characterization of submicron aerosols of zinc oxide. *American Industrial Hygiene Association Journal:* 43(12):880-886.

E