# EXHIBIT B

## EXHIBIT B

### DOCUMENTS RELIED UPON FOR EXPERT OPINON

California Air Resources Board. 2004. Environmental Health Conditions in California's Portable Classrooms. Report to the California Legislature.

California Environmental Protection Agency Air Resources Board. 2009. Ventilation and Indoor Air Quality in New Homes. California Energy Commission PIER Collaborative Report, CEC-500-2009-085.

California Environmental Protection Agency Air Resources Board. 2015. Facts about Flooring Made with Composite Wood Products.

California Environmental Protection Agency Air Resources Board. 2015. Reducing Formaldehyde Emissions from Composite Wood Products.

Consumer Product Safety Commission. 2013. An Update on Formaldehyde. Publication 725, 2013 Revision.

Golden R. 2011. Identifying an indoor air exposure limit for formaldehyde considering both irritation and cancer hazards. *Critical Reviews in Toxicology,* Vol. 41, No. 8, Pages 672-721.

Health Canada. 2012. Cross-Canada Survey of Radon Concentrations in Homes, Final Report. Ottawa, Ontario: Minister of Health.

Johnson M, et al. 2009. A participant-based approach to indoor/outdoor air monitoring in community health studies. Journal of Exposure Science and Environmental Epidemiology.19:492-501.

OSHA 29CFR1910. Occupational Safety and Health Standards. *Code of Federal Regulations.* Title 29, Part 1910.1048. Washington, DC: U. S. Occupational Safety and Health Administration.

Paustenbach DJ, et al. 1997. A recommended occupational exposure limit for formaldehyde based on irritation. *Journal of Toxicology and Environmental Health,* 50:217-263.

Sexton K, et al. 1986. Formaldehyde Concentrations Inside Private Residences: A Mail-Out Approach to Indoor Air Monitoring, *Journal of the Air Pollution Control Association*, 36:6, 698-704.

Varns JL, et al. 2001. Passive Ozone Network of Dallas: A modeling opportunity with community involvement. 1. *Environmental Science and Technology,* 35:845-855.

WHO. 2010. WHO Guidelines for Indoor Air Quality, Selected Pollutants. Copenhagen, Denmark: World Health Organization.

| | | |
|---|---|---|
| Certificate | AIHA Certificate for SGS Galson Laboratories, Inc. | 4/9/2015 |
| Certificate | AIHA Certificate for AT Labs, a Unit of Assay Technology | 4/30/2014 |
| Certificate | AIHA Certificate for Advanced Chemical Sensors, Inc. | 3/31/2015 |
| Certificate | AIHA Certificate for Sensors Safety Products, Inc. | 2/27/2015 |
| Court Document | Defendant's Motion to Dismiss Case No. CV15-01005-EMC | 3/11/2015 |
| Court Document | Plaintiffs' Notice of Emergency Motion Case No.: 4:15-cv-01428-YGR | 4/3/2015 |
| Court Document | Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Injunction No. 15-cv-01475-JST | 4/8/2015 |
| Court Document | Declaration of Elisabeth Black, CIH No. 15-cv-01475-JST | 4/8/2015 |
| Court Document | Declaration of Kristin Brandt No. 15-cv-01475-JST | 4/7/2015 |
| Court Document | Declaration of William F.Tarantino Case Nos. 15-cv-01428-JST, 15-cv-01475-JST | 4/22/15 |
| Court Document | Class Action Complaint for Damages and Injunctive Relief Case 2:15-cv-02817 | 4/16/2015 |
| Cut sheet | Advanced Chemical Sensors, Inc. - Technical Information Sheet - Formaldehyde Vapor Monitor. | |
| Cut sheet | Hal Technology HAL-HFX205 Handheld Formaldehyde Meter/Monitor | |
| Cut sheet | ED Lab: IAQ Screen Check Sampling Instructions | |

| | | |
|---|---|---|
| Cut sheet | ED Lab: IAQ Test Kit Frequently asked questions - Lumber Liquidators | |
| Cut Sheet | IAQ Screen Check - Formaldehyde instructions | |
| Lab Report | ED Lab: Ankur Singhal - Formaldehyde Screen Check Work Authorization # 05616- 018251 | 3/11/2015 |
| Letter | Lumber Liquidators letter to customer (mildly elevated levels) over 80 ppb | |
| Letter | Lumber Liquidators letter to customer (within or below the range of normal indoor air) under 40 ppb | |
| Letter | Lumber Liquidators letter to customer (within or below the range of normal indoor air) 40-80ppb | |
| Letter | ED Lab: Letter to Lumber Liquidators client - Formaldehyde Screen Check (over 80 ppb) | |
| Letter | ED Lab: Letter to Lumber Liquidators client - Formaldehyde Screen Check (under 80 ppb) | |
| Manual | Hal Technology HAL-HFX205 Handheld Formaldehyde Meter/Monitor | 1/1/2010 |
| Memo | Exponent - Evaluation of Self-reported Indoor Air Formaldehyde Test Results | 4/9/2015 |
| Report | Charles Yelvington NWFA Inspection Report - laminate flooring St. James | 3/6/2015 |
| Report | Charles Yelvington NWFA Inspection Report - laminate flooring | 3/6/2015 |
| Report | Advanced Chemical Sensors - ACS Formaldehyde Vapor Monitor Badge validation | 3/30/2014 |
| Survey | Lumber Liquidators Indoor Air Test Validation form | |
| Website | Lumber Liquidators Health and Safety website pages | |